UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 20-12175-NMG

<u>John Finnegan</u>
Plaintiff

v.

<u>David Bernhardt</u>
Defendant

<u>ORDER OF DISMISSAL</u>

GORTON, D.J.

In accordance with this Court's adoption on 11/4/2021, of the Magistrates Judge's Report and Recommendation of dismissal, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>/s/ Douglas Warnock</u>
Deputy Clerk

November 4, 2021

To: All Counsel